EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:                  | 2021 TSPR 04   |
|                         |                |
| Agustín González Laboy  | 205 DPR _____  |

Número del Caso:  TS-16,059


Fecha:  15 de enero de 2021


Abogado del peticionario:

      Por derecho propio



Materia:  Reinstalación al ejercicio de la abogacía.



Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In Re:

Agustín González Laboy

TS-16,059

**RESOLUCIÓN**

San Juan, Puerto Rico, a 15 de enero de 2021.

Luego de examinar el expediente y la *Moción Solicitando Re Instalación al Ejercicio de la Abogacía*, presentada por el peticionario, Ha Lugar.
.
Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

José Ignacio Campos Pérez
Secretario del Tribunal Supremo